IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LIBERTARIAN PARTY OF ILLINOIS, et al., : : Plaintiffs, : : v. : : ILLINOIS STATE BOARD OF : ELECTIONS, et al., : : Defendants. : | Civil Action No. 12-cv-02511 |

# NOTICE OF MOTION

To: All Parties of Record;
    Clerk of the Court

    PLEASE TAKE NOTICE that on Friday, February 5, 2016, at 9:00 a.m. or as soon thereafter as counsel may be heard, the undersigned shall appear (in person or telephonically, as the Court directs) before United States District Judge Andrea Wood, in Courtroom 1925 of the U.S. District Court for the Northern District of Illinois, Eastern Division, and shall then and there present to the Court a **CONSENT MOTION FOR A STATUS HEARING** [DE 91], a copy of which has been served on all parties of record through the Court's ECF system.

                        Respectfully Submitted,

                        <u>/s/ David I. Schoen</u>
                        Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing Notice of Motion has been served on all counsel of record by filing the same on this 29th day of January, 2016, through this Court's ECF system.

/s/ David I. Schoen
Counsel for Plaintiffs

David I. Schoen
Attorney at Law
2800 Zelda Road, Suite 100-6
Montgomery, Alabama 36106
Tel.: 334-395-6611
Fax: 917-591-7586
E-Mail: DSchoen593@aol.com;
Schoenlawfirm@gmail.com