**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1**
**Eastern Division**

Libertarian Party of Illinois, et al.

                                         Plaintiff,

v.                                                        Case No.: 1:12–cv–02511
                                                                       Honorable Andrea R. Wood

Illinois State Board of Elections, et al.

                                         Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, February 12, 2016:

        MINUTE entry before the Honorable Andrea R. Wood: For the reasons stated in the Memorandum Opinion and Order to follow, Plaintiffs' motion for summary judgment [40] is granted and Defendants' motion for summary judgment [44] is denied. Mailed notice(ef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.